# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: TERANDO, JOKE | § | Case No. 14-08789-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00AM on 12/04/2015 in Courtroom , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/23/2015          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: TERANDO, JOKE | §   Case No. 14-08789-BWB |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 42,500.00 |
| *and approved disbursements of* | $ | 3,512.11 |
| *leaving a balance on hand of* [1] | $ | 38,987.89 |

**Balance on hand:**   $   38,987.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   38,987.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 5,000.00 | 0.00 | 5,000.00 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 3,075.00 | 3,075.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:   $   5,260.00
Remaining balance:   $   33,727.89

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 33,727.89 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $61,923.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 61,923.39 | 0.00 | 33,727.89 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 33,727.89 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 165,631.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 15,850.09 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 2,781.59 | 0.00 | 0.00 |
| 3 | LaSalle State Bank | 147,000.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $            0.00

Remaining balance:  $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00

Remaining balance:  $            0.00

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE

Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-08789-BWB
Joke Terando                                                    Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ahamilton        Page 1 of 1        Date Rcvd: Oct 26, 2015
                           Form ID: pdf006         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2015.
db            #+Joke Terando,    1126 Marquette Street,    La Salle, IL 61301-1618
aty            +William J Factor,    Law Office of William J Factor, Ltd.,    105 W. Madison, Suite 1500,
                 Chicago, IL 60602-4602
21643761       +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
21643760       +Capital One,    P.O. Box 71105,    Charlotte, NC 28272-1105
22885717        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21643762       +Dawn & Dave Johnson,    P.O. Box 4994,    Naperville, IL 60567-4994
21753155       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court:  Illinois Department of Revenue,    PO Box 19035,
                 Springfield, IL 62794)
21643764       +LaSalle State Bank,    654 First Street,    La Salle, IL 61301-2484
22913835       +LaSalle State Bank,    c/o Attorney Robert B. Steele,    PO Box 517,    LaSalle, IL 61301-0517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21643763        E-mail/Text: cio.bncmail@irs.gov Oct 27 2015 01:21:35      Department of the Treasury,
                 Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
                                                                                       TOTAL: 1


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Law Office of William J Factor Ltd
21643765        Stephen G. Terando,    deceased
21643766        Stephen G. Terando,    deceased
                                                                        TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2015 at the address(es) listed below:
          Ariane Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
            bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
          David Paul Holtkamp    on behalf of Trustee Thomas B Sullivan dholtkamp@wfactorlaw.com,
            bharlow@wfactorlaw.com;dholtkamp@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
          Gary L. Gearhart    on behalf of Debtor Joke  Terando gearhartlaw@comcast.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Steele    on behalf of Creditor  La Salle State Bank rsteele160@sbcglobal.net
          Thomas B Sullivan    tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
          William J Factor    on behalf of Trustee Thomas B Sullivan wfactor@wfactorlaw.com,
            wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
                                                                                       TOTAL: 7