**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: TERANDO, JOKE § Case No. 14-08789-BWB
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $247,381.00          Assets Exempt: $6,750.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $33,727.89     Claims Discharged
                                                Without Payment: $193,827.18

Total Expenses of Administration: $8,772.11

---

   3) Total gross receipts of $    42,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00  (see **Exhibit 2**), yielded net receipts of $42,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,772.11 | 8,772.11 | 8,772.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 61,923.39 | 61,923.39 | 33,727.89 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 165,631.68 | 165,631.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $236,327.18 | $236,327.18 | $42,500.00 |

4) This case was originally filed under Chapter 7 on March 12, 2014. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2016          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| John Hancock Life Insurance Company flexible pre | 1129-000 | 42,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Law Offices of William J. Factor | 3210-000 | N/A | 3,075.00 | 3,075.00 | 3,075.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Rabobank, N.A. | 2600-000 | N/A | 32.60 | 32.60 | 32.60 |
| Rabobank, N.A. | 2600-000 | N/A | 57.01 | 57.01 | 57.01 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 64.03 | 64.03 | 64.03 |
| Rabobank, N.A. | 2600-000 | N/A | 56.48 | 56.48 | 56.48 |
| Rabobank, N.A. | 2600-000 | N/A | 54.52 | 54.52 | 54.52 |
| Rabobank, N.A. | 2600-000 | N/A | 60.08 | 60.08 | 60.08 |
| Rabobank, N.A. | 2600-000 | N/A | 58.11 | 58.11 | 58.11 |
| Rabobank, N.A. | 2600-000 | N/A | 54.28 | 54.28 | 54.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,772.11 | $8,772.11 | $8,772.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | N/A | 61,923.39 | 61,923.39 | 33,727.89 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $61,923.39 | $61,923.39 | $33,727.89 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | N/A | 15,850.09 | 15,850.09 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,781.59 | 2,781.59 | 0.00 |
| 3 | LaSalle State Bank | 7100-000 | N/A | 147,000.00 | 147,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $165,631.68 | $165,631.68 | $0.00 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-08789-BWB  
**Case Name:** TERANDO, JOKE

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 03/12/14 (f)  
**§341(a) Meeting Date:** 04/15/14

**Period Ending:** 01/13/16  
**Claims Bar Date:** 04/15/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home at 1126 Marquette, LaSalle, I<br>Imported from original petition Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account No. 6335454, Heartland Bank, 92<br>Imported from original petition Doc# 1 | 1,179.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account No. 5218144, Heartland Bank, 925<br>Imported from original petition Doc# 1 | 1,060.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account No. 6540325, Heartland Bank, 92<br>Imported from original petition Doc# 1 | 297.00 | 0.00 | | 0.00 | FA |
| 5 | Savings account No. 48796686, Capital One 360 In<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 6 | Checking account No. 2460769, LaSalle State Bank<br>Imported from original petition Doc# 1 | 13.00 | 0.00 | | 0.00 | FA |
| 7 | Certificate of Deposit No. 106291586, Capital On<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 8 | State Farm Bank Acct. No. 9201219222, net procee<br>Imported from original petition Doc# 1 | 136,282.00 | 0.00 | | 0.00 | FA |
| 9 | Household goods and furnishings, appliances, etc<br>Imported from original petition Doc# 1 | 450.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor's clothes and clothings.<br>Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 11 | John Hancock Life Insurance Company flexible pre<br>Imported from original petition Doc# 1 | 0.00 | 42,500.00 | | 42,500.00 | FA |
| 12 | 2014 Jeep Patriot<br>Imported from original petition Doc# 1 | 7,750.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$247,381.00** | **$42,500.00** | | **$42,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT TDR TO US TEE ON 1/13/15

FINAL HEARING SET FOR 12/4/15; FINAL REPORT SUBMITTED TO US TEE 9/20/15; SETTLEMENT REACHED; FUNDS RECEIVED; BAR DATE SET FOR APRIL 2015;  FINAL TO FOLLOW

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-08789-BWB  
**Case Name:** TERANDO, JOKE  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 03/12/14 (f)  
**§341(a) Meeting Date:** 04/15/14  

**Period Ending:** 01/13/16  
**Claims Bar Date:** 04/15/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2015   **Current Projected Date Of Final Report (TFR):** October 21, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-08789-BWB  
**Case Name:** TERANDO, JOKE  
**Taxpayer ID #:** **-***2329  
**Period Ending:** 01/13/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/15 | {11} | JOHN HANCOCK LIFE INSURANCE COMPANY | LIQUIDATION OF POLICY NO 93 080 750 | 1129-000 | 42,500.00 | | 42,500.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.60 | 42,467.40 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.01 | 42,410.39 |
| 03/11/15 | 101 | Law Offices of William J. Factor | FEES TO TRUSTEE'S COUNSEL | 3210-000 | | 3,075.00 | 39,335.39 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.03 | 39,271.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.48 | 39,214.88 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.52 | 39,160.36 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.08 | 39,100.28 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.11 | 39,042.17 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.28 | 38,987.89 |
| 12/12/15 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $5,000.00, Trustee Compensation; Reference: | 2100-000 | | 5,000.00 | 33,987.89 |
| 12/12/15 | 103 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 33,727.89 |
| 12/12/15 | 104 | Department of the Treasury | Dividend paid 54.46% on $61,923.39; Claim# 1P; Filed: $61,923.39; Reference: | 5800-000 | | 33,727.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 42,500.00 | 42,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 42,500.00 | 42,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $42,500.00 | $42,500.00 | |

Net Receipts : 42,500.00  
───────────  
Net Estate : $42,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0566** | 42,500.00 | 42,500.00 | 0.00 |
| | $42,500.00 | $42,500.00 | $0.00 |

{} Asset reference(s)